# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-6481 CJC (FFM) | Date | December 13, 2011 |
|---|---|---|---|
| Title | CHRISTIAN PAIZ v. DETECTIVE STEVE GARCIA, CITY OF LOS ANGELES | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION

  Plaintiff filed this action on August 8, 2011. On August 24, 2011, the Court issued an order warning plaintiff that, pursuant to Federal Rule of Civil Procedure 4(m), plaintiff was required to serve the summons and complaint on defendant within 120 days of filing the complaint. That date passed over a week ago. Accordingly, plaintiff is ordered to show cause within fifteen (15) days of the date of this order why, under the circumstances, the instant action should not be dismissed for want of prosecution.

  IT IS SO ORDERED.

                              : 

               Initials of Preparer    JM