```
DAVID S. McLANE (No.145051)
KEVIN J. LaHUE (No. 237556)
KAYE, McLANE & BEDNARSKI
234 E. Colorado Blvd. Suite 230
Pasadena CA 91101
Telephone: (626) 844-7660
Facsimile: (626) 844-7670
E-mail: dmclane@kmbllp.com
E-mail: klahue@kmbllp.com

Attorneys for Plaintiff,
CHRISTIAN PAIZ
```



FILED
CLERK, U.S. DISTRICT COURT
MAY 18 2012
CENTRAL DISTRICT OF CALIFORNIA
BY  AF  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CHRISTIAN PAIZ,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>DETECTIVE STEVE GARCIA, CITY OF LOS ANGELES, AND DOES 1 THROUGH 10, inclusive,<br><br>　　　Defendants. | CASE NO. CV 11-06481-PJW<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER FOR PROTECTIVE ORDER TO PRESERVE CONFIDENTIALITY OF MEDICAL RECORDS AND INFORMATION**<br><br>[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH |

　　Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, PLAINTIFF CHRISTIAN PAIZ and DEFENDANTS CITY OF LOS ANGELES AND DETECTIVE STEVE GARCIA, hereby stipulate that confidential medical information disclosed by Plaintiff during discovery in this action is protected from further disclosure and use, as follows.

　　1.　　Defendants intend to obtain in the future medical records of Plaintiff and medical information about Plaintiff through discovery in this action. This stipulation and order is intended to preserve the confidentiality of those medical records, the information obtained in them, and any other medical information about plaintiff disclosed by plaintiff in discovery.

///

2. Defendants and their attorneys of record shall only use the medical records of plaintiff obtained through discovery in this case, the information contained in them, and any other medical information about plaintiff disclosed by plaintiff in discovery for purposes of the present lawsuit.

3. Defendants and their attorneys of record shall not show or disclose any medical records of plaintiff or any medical information about plaintiff obtained through discovery in this case to anyone other than the parties; their respective attorneys of record; legal associates, paralegals and office staff employed by the parties' attorneys; medical consultants and experts retained or consulted for purposes of this litigation; and witnesses being deposed.

4. Before showing or disclosing any medical records of Plaintiff or any medical information about Plaintiff obtained through discovery in this case to any person permitted by Paragraph 3 to obtain such information, counsel for Defendants shall obtain the written agreement of that person to be bound by the terms of this stipulation and order; to maintain the confidentiality of the medical records or information protected by this stipulation and order; and to refrain from disclosing Plaintiff's medical information or medical records to any third person.

5. If the parties in this case file with the Court any medical records protected by this stipulation and order, or file any papers containing information from those medical records or other medical information about plaintiff obtained through discovery, the medical records or other papers shall be filed and maintained under Local Rule 79-5, which governs the filing of documents under seal. Such papers shall be accompanied by an application to file the papers – or the confidential portion thereof – under seal; the application must demonstrate good cause for the under seal filing. The application shall be directed to the judge to whom the papers are directed. Pending the ruling on the application, the papers or portions thereof subject to the sealing application shall be lodged under seal.

///

6. This stipulation and protective order shall remain in effect permanently, and shall continue in effect even after this case is finally resolved. All medical records of Plaintiff produced by Plaintiff and maintained by the Defense will be returned to Plaintiff's counsel after termination of the litigation, including after any appeals.

DATED: May 17, 2012        KAYE, McLANE & BEDNARSKI

By: _____
DAVID S. McLANE
Attorneys for Plaintiff Christian Paiz

DATED: May 15, 2012        CARMEN TRUTANICH
City Attorney

By: _____
COLLEEN SMITH, Deputy City Attorney
Attorneys for Defendants, CITY OF LOS ANGELES and DETECTIVE STEVE GARCIA

### [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFORE, based on the stipulation of the parties, IT IS HEREBY ORDERED that confidential medical information disclosed by the Plaintiff is governed by the terms of this stipulation.

Dated: May 18, 2012        By _____
Honorable Patrick J. Walsh
United States Magistrate Judge