UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN PAIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DETECTIVE STEVE GARCIA, CITY OF LOS ANGELES, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants, | Case No. CV 11-6481-PJW<br><br>JUDGMENT |

　　Based upon the order entered in this case, IT IS HEREBY ORDERED that this entire action is dismissed with prejudice.

DATED: September 24, 2013　　　　　_____

　　　　　　　　　　　　　　　　　　HONORABLE PATRICK J. WALSH
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE